AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| BARRY MICHAELS on behalf of himself and all others similarly situated, *Plaintiff(s)* v. LORETTA LYNCH, as Attorney General of The United State of America and THOMAS E. BRANDON, as Deputy Dir. Head of the Bureau of Alchohol Tobacco Firearms & Explosives *Defendant(s)* | Civil Action No. 16-cv-00578 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas E. Brandon, Deputy Dir. Head of the
Bureau of Alchohol Tobacco Firearms & Explosives
99 New York Avenue, NE
Washington DC 20226

(Local Address:  8965 South Eastern Avenue, Suite 220
Las Vegas, NV 89123)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL E. ZAPIN, ESQ.
LAW OFFICES OF MICHAEL E. ZAPIN
20283 State Road 7, Suite 400
Boca Raton, FL 33498

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____             _____
*Signature of Clerk or Deputy Clerk*