# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARRY MICHAELS, on behalf of himself and all others similarly situated,

    Plaintiff(s),

vs.

LORETTA LYNCH, as Attorney General of THE UNITED STATES OF AMERICA and THOMAS E. BRANDON, as DEPUTY etc.

    Defendant(s).

Case # **2:16-cv-00578**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____**MICHAEL E. ZAPIN**_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

**LAW OFFICES OF MICHAEL E. ZAPIN**
(firm name)

with offices at _____**20283 State Road 7, Suite 400**_____,
(street address)

__**Boca Raton**__, __**Florida**__, __**33498**__,
(city)      (state)      (zip code)

__**561-367-1444**__, __**michaelezapin@gmail.com**__.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by _____**BARRY MICHAELS**_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since **May 15, 2007** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Florida** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court Southern Dist of Florida | January 11, 2008 | 0037264 |
| US District Court Northern Dist of Florida | July 13, 2012 | 0037264 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE   (State "none" if Petitioner has no disciplinary proceedings, etc.)

2

Rev. 1/15

     6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> NONE   (State "none" if Petitioner has never been denied admission.)

     7.    That Petitioner is a member of good standing in the following Bar Associations.

> NYS Bar, Florida State Bar, US District Court Southern District of Florida Bar, US District Court Northern District of Florida Bar (State "none" if Petitioner is not a member of other Bar Associations.)

     8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

     9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

     10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

     11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Florida )
COUNTY OF Palm Beach )

Michael E. Zapin, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 14 day of March, 2016.

_____
Notary Public or Clerk of Court

LISA I. GLASSMAN
Notary Public - State of Florida
My Comm. Expires Oct 23, 2017
Commission # FF 032898
Bonded Through National Notary Assn.

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   HERMAN A. SAITZ  ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

2001 Redbird Drive
(street address)

Las Vegas , Nevada , 89134 ,
(city)        (state)       (zip code)

702-807-5757 , hermansaitz@icloud.com .
(area code + telephone number)   (Email address)

4

Rev. 1/15

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Herman A. Saitz_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Barry Michaels
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
389                           hermansaitz@icloud.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

BARRY MICHAELS on behalf of himself  
and all others similarly situated,

Case No. 2:16-cv-00578

                Plaintiffs,

vs.

LORETTA LYNCH, as Attorney General of
THE UNITED STATES OF AMERICA and

THOMAS E. BRANDON, as DEPUTY DIRECTOR,
HEAD OF THE BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND EXPLOSIVES,

                Defendants

_____/

### CERTIFIED LIST OF PRIOR APPEARANCES OF PETITIONER IN DISTRICT PURSUANT TO LR 1A 10-2 (h)(i)

**Undersigned counsel, MICHAEL E. ZAPIN ("Petitioner"),** does hereby affirm and certify to this Court the following information under penalty of perjury:

1. This Certification is made in further support of Petitioner's instant/accompanying *Verified Petition for Permission to Practice in this Case Only.*

2. That Petitioner has made no prior appearances in this District other than the filing of the first pleading in the within action (i.e., the complaint).

**WHEREFORE,** it is respectfully requested that Petitioner's Petition be granted along with such other and further relief the Court deems just and proper.

**Duly affirmed and certified this 1st day of April 2016**

<u>***/s/ Michael E. Zapin***</u>
Michael E. Zapin, Esq.

**LAW OFFICES OF MICHAEL E. ZAPIN**
*Counsel for Plaintiffs*

20283 State Rd. 7
Suite 400
Boca Raton, FL 33498
Tel. 561.367.1444
Fax. 561.336.9225
(Fl. Bar No. 0037264)
**Designated Primary Email for Electronic Service of Process:**
**michaelezapin@gmail.com**

# The Florida Bar

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )

        In Re:    37264
                  Michael Eliot Zapin
                  20283 State Rd. 7, Ste. 400
                  Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 30, 2007.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 24th day of March, 2016.

*Pam Gerard* (signature)

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/LJ/ssT2:R10



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Michael E. Zapin** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **29th** day of **January 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 28, 2016.

_Aprilanne Agostino_
Clerk of the Court

No.241625