IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Case No. 2:16-cv-00578-JAD-PAL

BARRY MICHAELS on behalf of himself
and all others similarly situated,

Plaintiffs,

vs.

LORETTA LYNCH, as Attorney General of
THE UNITED STATES OF AMERICA and

THOMAS E. BRANDON, as DEPUTY DIRECTOR,
HEAD OF THE BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND EXPLOSIVES,

Defendants

_____/

===================================================================
**AFFIDAVIT OF SERVICE UPON LORETTA LYNCH AS AG, ETC.**
===================================================================

**STATE OF FLORIDA**         )
                             ) SS.:
**COUNTY OF PALM BEACH**     )

**MICHAEL E. ZAPIN** an attorney duly admitted to practice before this Court in this case, after having first been duly sworn, deposes and says the following under the penalty of perjury:

1. I am over 18 years of age and not a party to the instant action.

2. On **April 25, 2016** I a true and complete copy of the summons [DE 7], complaint [DE 1] and Civil Cover Sheet [DE 1-1] upon defendant **LORETTA LYNCH, IN HER CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA**, pursuant to **Federal Rules of Civil Procedure Rule 4(i)(2)**, in the following specified manner:

a. By first serving the United States pursuant to Rule 4(i)(1)(A)(ii) by Certified Mail RR Requested, Receipt # **7015 0640 0006 5216 6317** addressed to **CIVIL PROCESS CLERK, U.S. ATTORNEY OFFICE, DISTRICT OF NEVADA,** 501 Las Vegas Blvd. South, Suite 1100, Las Vegas, NV 89101; <u>and</u>

b. pursuant to Rule 4(i)(1)(B) by Certified Mail RR Requested, Receipt # **7015 0640 0006 5216 6300** addressed to **OFFICE OF THE ATTORNEY GENERAL**, 441 4th Street, NW, Washington, DC 20001; **and**

c. and sending additional copies by Certified Mail RR Requested as follows:

   i. Receipt # **7015 0640 0006 5216 6294** addressed to **LORETTA LYNCH AS ATTORNEY GENERAL OF THE USA,** US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530; **and**

   ii. Receipt # **7015 0640 0006 5216 6287** addressed to **LORETTA LYNCH AS ATTORNEY GENERAL OF THE USA,** US Dept of Justice, 333 Las Vegas Blvd. South, Suite 5000, Las Vegas, NV 89101

_____
**MICHAEL E. ZAPIN, ESQ.**
Fl. Bar No. 0037264
**LAW OFFICES OF MICHAEL E. ZAPIN**
Counsel for Plaintiff(s)

20283 State Rd. 7
Suite 400
Boca Raton, FL 33498
Tel. 561.367.1444
Fax. 561.336.9225
michaelezapin@gmail.com

Sworn to before me this

____26____ day of April, 2016

_____
NOTARY PUBLIC  My Commission expires:

Produced FL Driver License
# 2150-545-64-046-0
as sufficient ID

LISA I. GLASSMAN
Notary Public - State of Florida
My Comm. Expires Oct 23, 2017
Commission # FF 032898
Bonded Through National Notary Assn.

# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

LAS VEGAS, NV 89101    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.30 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)             $ $0.00
- ☐ Return Receipt (electronic)           $ $0.00
- ☐ Certified Mail Restricted Delivery    $ $0.00
- ☐ Adult Signature Required              $ $0.00
- ☐ Adult Signature Restricted Delivery   $ $0.00

Postage  $1.78

Total Postage and Fees  $7.78

Postmark Here
WBFS
APR 25 2016
FL 33428
04/25/2016

Sent To: Civil Process Clerk - US Atty Office
Street and Apt. No., or PO Box No.: 501 Las Vegas Blvd. South #1100
City, State, ZIP+4: LAS VEGAS, NV 89101

7015 0640 0006 5216 6317

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 *(Reverse)* PSN 7530-02-000-9047



v-00578-JAD-PAL Document 8 Filed 04/26/16

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20001  OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ 3.30 | 0243 06 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $ $0.00

Postage
$1.78

Total Postage and Fees
$ 7.78

Sent To: Office of the Attorney General
Street and Apt. No., or PO Box No.: 441 4th St. NW
City, State, ZIP+4: Washington, DC 20001

WBPS Postmark Here APR 25 2016
04/25/2016 BOCA RATON FL 33428

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail Item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047



v-00578-JAD-PAL   Document 8   Filed 04/26/16

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530    OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ $3.30 | $2.70 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | $1.78 |
| Total Postage and Fees | |
| $ | $7.78 |

0243 06

WBPS Postmark Here APR 25 2016
04/25/2016 RATON FL 33428

Sent To: Loretta Lynch As Atty Gen USA
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0005 5216 6294

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047



# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

LAS VEGAS, NV 89101    OFFICIAL USE

| Certified Mail Fee | $3.30 | |
|---|---|---|
| | | $2.70 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.78 | |
| Total Postage and Fees | $7.78 | |

Postmark — WBPS — 0243 — APR 25 2016

Sent To: Loretta Lynch as AG of the USA
Street and Apt. No., or PO Box No.: 333 Las Vegas Blvd. South #5000
City, State, ZIP+4: Las Vegas, NV 89101

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0006 5216 6287

## Certified Mail service provides the following benefits:

- [Top portion of the Certified Mail label].
- [Original receipt for your piece.]
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic return receipt. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047