IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Case No. 2:16-cv-00578-JAD-PAL

BARRY MICHAELS on behalf of himself
and all others similarly situated,

Plaintiffs,

vs.

LORETTA LYNCH, as Attorney General of
THE UNITED STATES OF AMERICA and

THOMAS E. BRANDON, as DEPUTY DIRECTOR,
HEAD OF THE BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND EXPLOSIVES,

Defendants

_____/

===================================================================
**CERTIFICATE OF SERVICE UPON THOMAS E. BRANDON AS DEPUTY DIR. ETC.**
===================================================================

| **STATE OF FLORIDA** | ) |
|---|---|
| | ) SS.: |
| **COUNTY OF PALM BEACH** | ) |

**MICHAEL E. ZAPIN** an attorney duly admitted to practice before this Court in this case, after having first been duly sworn, deposes and says the following under the penalty of perjury:

1. I am over 18 years of age and not a party to the instant action.

2. On **April 25, 2016** I a true and complete copy of the summons [DE 7], complaint [DE 1] and Civil Cover Sheet [DE 1-1] upon defendant **THOMAS E. BRANDON in his official capacity as DEPUTY DIRECTOR HEAD OF BUREAU OF ALCHOHOL TOBACCO FIREARMS & EXPLOSIVES**, pursuant to **Federal Rules of Civil Procedure Rule 4(i)(2)**, in the following specified manner:

a. By first serving the United States pursuant to Rule 4(i)(1)(A)(ii) by Certified Mail RR Requested, Receipt # **7015 0640 0006 5216 6270** addressed to **CIVIL PROCESS CLERK, U.S. ATTORNEY OFFICE, DISTRICT OF NEVADA**, 501 Las Vegas Blvd. South, Suite 1100, Las Vegas, NV 89101; **and**

b. pursuant to Rule 4(i)(1)(B) by Certified Mail RR Requested, Receipt # **7015 0640 0006 5216 6249** addressed to **OFFICE OF THE ATTORNEY GENERAL**, 441 4th Street, NW, Washington, DC 20001; **and**

c. and sending additional copies by Certified Mail RR Requested as follows:

  i. Receipt # **7015 0640 0006 5216 6263** addressed to **THOMAS E. BRANDON, DEPUTY DIR. HEAD BUREAU OF ALCHOHOL TOBACCO FIREARMS & EXPLOSIVES,** 99 New York Avenue, NE, Washington, DC 20226; **and**

  ii. Receipt # **7015 0640 0006 5216 6256** addressed to **THOMAS E. BRANDON, DEPUTY DIR. HEAD BUREAU OF ALCHOHOL TOBACCO FIREARMS & EXPLOSIVES,** 8965 South Eastern Avenue, Suite 220, Las Vegas, NV 89123

_____
MICHAEL E. ZAPIN, ESQ.
Fl. Bar No. 0037264
LAW OFFICES OF MICHAEL E. ZAPIN
Counsel for Plaintiff(s)

20283 State Rd. 7
Suite 400
Boca Raton, FL 33498
Tel. 561.367.1444
Fax. 561.336.9225
michaelezapin@gmail.com

Sworn to before me this
26 day of April 2016
_____
NOTARY PUBLIC
My Commission expires:

LISA I. GLASSMAN
Notary Public - State of Florida
My Comm. Expires Oct 23, 2017
Commission # FF 032898
Bonded Through National Notary Assn.

Produced FL. Driver
Lic # Z150-545-64-046-0
as sufficient I.D.



v-00578-JAD-PAL Document 9 Filed 04/26/16

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

LAS VEGAS, NV 89101

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $2.70 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $1.99 |
| Total Postage and Fees | $7.99 |

0243 06

WBPS Postmark Here APR 25 2016 BOCA RATON FL 33428 04/25/2016

7015 0640 0000 5216 6270

Sent To: Civil Process Clerk US Atty Office
Street and Apt. No., or PO Box No.: 501 Las Vegas Blvd. #1100
City, State, ZIP+4: Las Vegas, NV 89101

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service® for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return*

  *Receipt*; attach PS Form 3811 to your mailpiece; appropriate postage, and deposit the mailpiece.
  If you want a return receipt without the need of a hardcopy return receipt, endorse the mailpiece with an appropriate marking such as "Electronic Return Receipt Requested."
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.



v-00578-JAD-PAL Document 9 Filed 04/26/16

# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20001

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.78 | |
| Total Postage and Fees | $7.78 | |

Postmark Here — WBPS 4243 06 — APR 25 2016 — BOCA RATON FL 33428 — 04/20X/2016

Sent To: Office of the Atty (Genl.)
Street and Apt. No., or PO Box No.: 441 9th St. NW
City, State, ZIP+4: Washington DC 20001

7015 0640 0006 5216 6249

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20226

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | $2.70 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.78 |
| Total Postage and Fees | $7.78 |

Postmark: WBPS 0243 06, BOCA RATON FL 33428, APR 25 2016, 04/25/2016

Sent To: Thomas E. Brandon, Deputy Dir. Head
Street and Apt. No., or PO Box No.: 99 New York Avenue, N.E.
City, State, ZIP+4: Washington DC 20226

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0006 5216 6263

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89123    OFFICIAL USE

| Certified Mail Fee | $3.30 | 0243 06 |
| --- | --- | --- |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)         $ $2.70
- ☐ Return Receipt (electronic)       $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required          $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage: $1.78
Total Postage and Fees: $7.78

WBPS Postmark Here APR 25 2016 BOCA RATON FL 33428

Sent To: Thomas E. Brandon Deputy Dir Head
Street and Apt. No., or PO Box No.: 8965 S. Eastern Ave. #220
City, State, ZIP+4®: Las Vegas NV 89123

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for mailing options. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 *(Reverse)* PSN 7530-02-000-9047