MICHAEL E. ZAPIN, ESQ.
Admitted for this Case, *Pro Hac Vice*
Florida Bar No. 0037264
michaelezapin@gmail.com
20283 State Rd 7, Suite 400
Boca Raton, FL 33498
Tel. 561.843.5352

HERMAN A. SAITZ, ESQ.
Resident Nevada Counsel
Nevada Bar No. 389
2001 Redbird Drive
Las Vegas, NV 89134
Tel. 702.807.5757

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Case No. 2:16-cv-00578-JAD-PAL

BARRY MICHAELS on behalf of himself
and all others similarly situated,

                Plaintiffs,

vs.

LORETTA LYNCH, as Attorney General of
THE UNITED STATES OF AMERICA and

THOMAS E. BRANDON, as DEPUTY DIRECTOR,
HEAD OF THE BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND EXPLOSIVES,

                Defendants

_____/

**CERTIFICATE OF INTERESTED PARTIES**

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned counsel of record for the above captioned plaintiffs, certify that the following as to any parties (or non-parties) having a direct, pecuniary interest in the outcome of this case:

1. No parties (or non-parties) have a direct pecuniary interest in the outcome of this case other than the undersigned attorneys of record, who may seek recovery of reasonable counsel fees for time expended pursuant to law, if plaintiffs prevail in this action.

2. Since the action does not otherwise seek monetary damages (i.e., *it is an action primarily seeking injunctive relief and declaratory relief*), no other parties or non-parties have a direct, pecuniary interest.

3. The parties to this action do have a direct interest in the outcome, however the interest is not pecuniary.

4. These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED: May 5, 2016.

*/s/ Michael E. Zapin*

MICHAEL E. ZAPIN, ESQ.
Admitted for this Case, Pro Hac Vice
Florida Bar No. 0037264
michaelezapin@gmail.com
20283 State Rd 7, Suite 400
Boca Raton, FL 33498
Tel. 561.843.5352

/s/ Herman A. Saitz
HERMAN A. SAITZ, ESQ.
Resident Nevada Counsel
Nevada Bar No. 389
2001 Redbird Drive
Las Vegas, NV 89134

Tel. 702.807.5757

**ATTORNEYS FOR PLAINTIFF**