1  John R. Tyler
   Assistant Branch Director
2  Federal Programs Branch

3  Daniel Riess
   Trial Attorney
4  U.S. Department of Justice
   Civil Division, Federal Programs Branch
5  20 Massachusetts Ave., N.W.
   Washington, D.C. 20530
6  Telephone: (202) 353-3098
   Facsimile:  (202) 616-8460
7  Email: Daniel.Riess@usdoj.gov
   *Attorneys for Defendants*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

_____ FILED                     _____ RECEIVED
_____ ENTERED                   _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

              JUN 2 0 2016

            CLERK US DISTRICT COURT
               DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARRY MICHAELS, | ) |
| | ) |
| Plaintiff, | ) Case No: 2:16-cv-00578-JAD-PAL |
| | ) |
| v. | ) |
| | ) |
| LORETTA E. LYNCH, Attorney General of the | ) |
| United States, in her official capacity; and | ) |
| THOMAS E. BRANDON, Deputy Director, | ) |
| Bureau of Alcohol, Tobacco, Firearms & | ) |
| Explosives, in his official capacity, | ) |
| | ) |
| Defendants. | |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 11-3, Defendants respectfully request that this honorable Court admit the undersigned Government attorney, Daniel M. Riess, to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States

1

Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Undersigned Government counsel is an attorney with the United States Department of Justice, an agency of the federal government, and is a member in good standing of the bar of Texas (Bar No. 24037359).

The following contact information is provided to the Court:

Daniel M. Riess
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 353-3098
Facsimile:  (202) 616-8460
Email: Daniel.Riess@usdoj.gov

Accordingly, Defendants respectfully request that the Court admit undersigned Government attorney, Daniel M. Riess, to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 17th day of June 2016.

JOHN R. TYLER
Assistant Branch Director, Federal Programs Branch

_/s/  Daniel Riess_____
DANIEL RIESS
Trial Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:_____

2

**PROOF OF SERVICE**

I hereby certify that the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICTOF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** was served this date on all parties via electronic mail at the following address:

Michael E. Zapin
Law Offices of Michael E. Zapin
20283 State Rd 7, Ste. 400
Boca Raton, Florida  33498
michaelezapin@gmail.com
*Counsel for Plaintiff*

Dated this 17th day of June 2016.

/s/ *Daniel Riess*
DANIEL RIESS
Trial Attorney

3