John R. Tyler
Assistant Branch Director
Daniel Riess
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARRY MICHAELS,<br><br>    Plaintiff,<br><br>    v.<br><br>LORETTA E. LYNCH, Attorney General of the United States, in her official capacity; and THOMAS E. BRANDON, Deputy Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity,<br><br>    Defendants. | Case No: 2:16-cv-00578-JAD-PAL |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants hereby move for an extension of time up to and including July 25, 2016 in which to respond to the complaint in this case. The current deadline is June 24, 2016. Plaintiffs' counsel has consented to the extension of time. In support of this motion, Defendants state as follows:

Defendants requires additional time because counsel for Defendants was recently assigned to this case, and because of the press of business and scheduling conflicts, including an evidentiary hearing later this month. This motion is not sought merely for delay but in order that justice may be served.

Based on the foregoing, Defendants respectfully request that their unopposed motion for an extension of time be granted.

Respectfully submitted this 17th day of June 2016.

JOHN R. TYLER
Assistant Branch Director, Federal Programs Branch

／s／ Daniel Riess
DANIEL RIESS
Trial Attorney


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:_____

## PROOF OF SERVICE

I hereby certify that this **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was served this date on all parties via electronic mail at the following address:

> Michael E. Zapin
> Law Offices of Michael E. Zapin
> 20283 State Rd 7, Ste. 400
> Boca Raton, Florida 33498
> michaelezapin@gmail.com
> *Counsel for Plaintiff*

Dated this 17th day of June 2016.

/s/ Daniel Riess
DANIEL RIESS
Trial Attorney

# FedEx US Airbill

FedEx Tracking Number: **8063 2263 1877**

## 1 From
- **Date:** June 17, 2016
- **Sender's Name:** John Tyler
- **Phone:** 202-353-3648
- **Company:** USDOJ/ATF/FEDERAL PROGRAMS
- **Address:** 20 MASSACHUSETTS AVE NW
- **City:** WASHINGTON **State:** DC **ZIP:** 20530-0001

## 3 To
- **Recipient's Name:** Clerk's Office
- **Phone:** 702-464-5400
- **Company:** US District Court, Dist. of Nevada
- **Address:** 333 Las Vegas Blvd south, ste 1334
- **Address (line 2):** Lloyd D. George US Courthouse
- **City:** Las Vegas **State:** NV **ZIP:** 89101

## 4 Express Package Service
- [x] FedEx Priority Overnight

## 5 Packaging
- [x] FedEx Envelope

## 7 Payment
- [x] Sender

Form ID No. **0215**