John R. Tyler
Assistant Branch Director
Daniel Riess
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 353-3098
Facsimile:  (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARRY MICHAELS,

    Plaintiff,

v.

LORETTA E. LYNCH, Attorney General of the United States, in her official capacity; and THOMAS E. BRANDON, Deputy Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity,

    Defendants.

Case No: 2:16-cv-00578-JAD-PAL

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants hereby move for an extension of time up to and including July 25, 2016 in which to respond to the complaint in this case. The current deadline is June 24, 2016. Plaintiffs' counsel has consented to the extension of time. In support of this motion, Defendants state as follows:

Defendants requires additional time because counsel for Defendants was recently assigned to this case, and because of the press of business and scheduling conflicts, including an evidentiary hearing later this month. This motion is not sought merely for delay but in order that justice may be served.

1

1 |     Based on the foregoing, Defendants respectfully request that their unopposed motion for an
2 | extension of time be granted.
3 |     Respectfully submitted this 17th day of June 2016.

JOHN R. TYLER
Assistant Branch Director, Federal Programs Branch

 /s/ Daniel Riess
DANIEL RIESS
Trial Attorney


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: June 23, 2016

**PROOF OF SERVICE**

I hereby certify that this **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was served this date on all parties via electronic mail at the following address:

    Michael E. Zapin
    Law Offices of Michael E. Zapin
    20283 State Rd 7, Ste. 400
    Boca Raton, Florida  33498
    michaelezapin@gmail.com
    *Counsel for Plaintiff*

Dated this 17th day of June 2016.

                                              */s/  Daniel Riess*
                                              DANIEL RIESS
                                              Trial Attorney

# FedEx US Airbill

FedEx Tracking Number: 8063 2263 1877

**1 From**
Date: June 17, 2016
Sender's Name: John Tyler
Phone: 202-353-3683
Company: USDOJ/CIV/FEDERAL PROGRAMS
Address: 20 MASSACHUSETTS AVE NW
City: WASHINGTON  State: DC  ZIP: 20530-0001

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Clerk's Office
Phone: 702-464-5400
Company: US District Court, Dist. of Nevada
Address: 333 Las Vegas Blvd. S., Ste 1334
Dept/Floor/Suite/Room: 1334
Address (line 2): Lloyd D. George US Courthouse
City: Las Vegas  State: NV  ZIP: 89101

**4 Express Package Service**
Form ID No. 0215

- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**
- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

**7 Payment** Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    lbs.