# EXHIBIT 1

Redacted UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT
OF CALIFORNIA (Western Division - Los Angeles)
CRIMINAL DOCKET FOR CASE #: 2:97-cr-00799-WDK All Defendants

APPEAL

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:97-cr-00799-WDK All Defendants

Case title: USA v. Michaels, et al  
Other court case number: 2:97-cr-00164 INTERIN  

Date Filed: 08/21/1997  
Date Terminated: 05/06/1998

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/1997 | 1 | INDICTMENT filed against Barry Michaels (1) count(s) 1-12, Holly Michaels (2) count(s) 1-12 filed by AUSA Julie Werner-Simon. Offense occurred in LA. (rm) (Entered: 08/22/1997) |
| 08/21/1997 | 2 | CASE SUMMARY filed by AUSA Julie Werner-Simon, attorney for USA, as to Barry Michaels . Defendant's date of birth: ▇▇▇▇ . (rm) (Entered: 08/22/1997) |
| 08/21/1997 | 3 | CASE SUMMARY filed by AUSA Julie Werner-Simon, attorney for USA, as to Holly Michaels . Defendant's date of birth: ▇▇▇▇ (rm) (Entered: 08/22/1997) |
| 08/21/1997 |  | BENCH WARRANT issued for Barry Michaels by Magistrate Judge Robert N. Block Bail set in the amount of $250,000 ab justified (rm) (Entered: 08/22/1997) |
| 08/21/1997 |  | BENCH WARRANT issued for Holly Michaels by Magistrate Judge Robert N. Block Bail set in the amount $50,000 ab justified (rm) (Entered: 08/22/1997) |
| 09/23/1997 | 4 | REPORT COMMENCING CRIMINAL ACTION as to Holly Michaels arrested on 9/23/97 Defendant's date of birth: 4/27/54. (dm) (Entered: 09/24/1997) |
| 09/23/1997 | 5 | MINUTES OF ARREST ON INDICTMENT HEARING held before Magistrate Judge Arthur Nakazato as to Holly Michaels: First appearance of Holly Michaels entered. Retained Attorney Jeffrey Brodey present. Bail set in the amount of $5,000 unsecured. Post-indictment arraignment set for 8:30 am on 10/6/97. Warrant ord quashed. Bnd posted. Tape No. 97-16 (dm) (Entered: 09/24/1997) |
| 09/23/1997 | 6 | NOTICE DIRECTING Defendant To Appear for Arraignment on Indictment/Information filed as to Holly Michaels . (dm) (Entered: 09/24/1997) |
| 09/23/1997 | 7 | ORDER TO QUASH WARRANT filed by Magistrate Judge Arthur Nakazato as to Holly Michaels : (cc: all counsel) (dm) (Entered: 09/24/1997) |

| | | |
|---|---|---|
| 09/23/1997 | 8 | BOND AND CONDITIONS OF RELEASE filed by Holly Michaels in the amount of: $5,000 AB unsecured. Approved by Magistrate Judge Arthur Nakazato . (dm) (Entered: 09/24/1997) |
| 09/23/1997 | 12 | BENCH WARRANT returned unexecuted for Holly Michaels (rm) (Entered: 09/30/1997) |
| 09/25/1997 | 9 | MINUTES OF ARREST ON INDICTMENT HEARING held before Magistrate Judge James W. McMahon as to Barry Michaels: First appearance of Barry Michaels entered. DFPD Attorney Victor B Kenton present. Post-indictment arraignment set for 8:30 am on 9/29/97. Bail as previously set to remain in full forceforce & effect. Tape No. 588 (dm) (Entered: 09/26/1997) |
| 09/25/1997 | 10 | NOTICE DIRECTING Defendant To Appear for Arraignment on Indictment/Information filed as to Barry Michaels . (dm) (Entered: 09/26/1997) |
| 09/25/1997 | 11 | FINANCIAL AFFIDAVIT filed as to Barry Michaels . (dm) (Entered: 09/26/1997) |
| 09/26/1997 | 23 | BENCH WARRANT returned executed as to Barry Michaels 9/18/97 (sm) (Entered: 10/14/1997) |
| 09/29/1997 | 16 | MINUTES OF POST-INDICTMENT ARRAIGNMENT HEARING held before Magistrate Judge Charles F. Eick as to Barry Michaels : case reassigned to Judge William D. Keller , Barry Michaels (1) count(s) 1-12 arraigned and states true name as chrgd. Attorney Victor Kenton present. status hearing set for 8:00 a.m., on 10/14/97 for Barry Michaels Other: All discvry, written, tapes, transc, and Brady material - shll be provided to dfns cnsl by government's cnsl seven days from this date. Tape No.: 1067/1068 (vc) (Entered: 10/08/1997) |
| 09/29/1997 | 17 | STATEMENT OF DEFENDANT'S CONSTITUTIONAL RIGHTS filed as to Barry Michaels . (vc) (Entered: 10/08/1997) |
| 09/29/1997 | 25 | RULE 40 DOCUMENTS RECEIVED from USDC, D/Nevada District of Nevada at Las Vegas. as to Barry Michaels (vc) (Entered: 10/17/1997) |
| 10/02/1997 | 18 | FIRST SUPERSEDING INDICTMENT filed against Barry Michaels (1) count(s) 1s-15s, Holly Michaels (2) count(s) 1s-15s filed by AUSA Julie Werner-Simon (vc) (Entered: 10/09/1997) |
| 10/02/1997 | 19 | CASE SUMMARY filed by AUSA Julie Werner-Simon, attorney for USA, as to Barry Michaels . Defendant's date of birth: 10/4/41. (vc) (Entered: 10/09/1997) |
| 10/02/1997 | 20 | CASE SUMMARY filed by AUSA Julie Werner-Simon, attorney for USA, as to Holly Michaels . Defendant's date of birth: 4/27/54. (vc) (Entered: 10/09/1997) |
| 10/06/1997 | 29 | MINUTES OF POST-INDICTMENT ARRAIGNMENT HEARING held before Magistrate Judge Carolyn Turchin as to Holly Michaels : case reassigned to Judge William D. Keller , Atty Howard Rice, s/a Jeff Brody. Court ords further proceed for guilty plea set for 8:00 a.m., on 10/7/97 for Holly Michaels Other : Case peviously assigned to Judge Keller. Tape No.: 1069/1070 (vc) (Entered: 10/22/1997) |

| | | |
|---|---|---|
| 10/06/1997 | 30 | STATEMENT OF DEFENDANT'S CONSTITUTIONAL RIGHTS filed as to Holly Michaels . (vc) (Entered: 10/22/1997) |
| 10/06/1997 | 31 | DESIGNATION AND APPEARANCE of Attorney Jeffrey Brodey by Howard Price for Holly Michaels by dft (vc) (Entered: 10/22/1997) |
| 10/07/1997 | 13 | NOTICE of typograghical error in case number superseding indictment filed by USA (vc) (Entered: 10/07/1997) |
| 10/07/1997 | 14 | NOTICE of U/S filing filed by USA as to Holly Michaels (vc) (Entered: 10/07/1997) |
| 10/07/1997 | 21 | MINUTES OF ARRAIGNMENT HEARING held before Judge William D. Keller as to Holly Michaels : plea of guilty entered by Holly Michaels (2) count(s) 1s , The Court questions the defendant regarding plea of guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered. , The Court refers Holly Michaels to the Probation Office for investigation and report. , ; sentence hearing set for 8:00 a.m., on 1/15/98 for Holly Michaels C/R: David Lee (vc) (Entered: 10/09/1997) |
| 10/09/1997 | 22 | Defense STATUS REPORT and declaration of counsel filed by Barry Michaels (vc) (Entered: 10/10/1997) |
| 10/14/1997 | 24 | WAIVER OF DEFENDANT'S PRESENCE filed by Barry Michaels . (vc) (Entered: 10/14/1997) |
| 10/14/1997 | 28 | MINUTES OF STATUS CONFERENCE/ARRAIGNENT HEARING held before Judge William D. Keller as to Barry Michaels : Dft is arrgn on the 26 count first ss indict. Plea not guilty entered by Barry Michaels (1) count(s) 1s-15s, 16s-26s , The Court refers Barry Michaels to the Probation Office for investigation and report ; The court sets further status hearing set for 10:00 a.m., on 12/15/97 for Barry Michaels C/R: David Lee (vc) (Entered: 10/21/1997) |
| 10/16/1997 | 26 | NOTICE of filing in camera and U/S filed by USA as to Barry Michaels, Holly Michaels (vc) (Entered: 10/17/1997) |
| 12/09/1997 | 33 | NOTICE of change of plea filed by USA as to Barry Michaels (vc) (Entered: 12/09/1997) |
| 12/15/1997 | 35 | ORDER that the plea agreement in this case shall be sealed by the clk filed by Judge William D. Keller as to Barry Michaels : (cc: all counsel) (rm) (Entered: 12/15/1997) |
| 12/15/1997 | 36 | FINDINGS OF FACT and Conclusions of Law filed by Judge William D. Keller as to Barry Michaels (cc: all counsel) (rm) (Entered: 12/16/1997) |
| 12/15/1997 | 37 | EXCLUDABLE DELAY FORM as to Barry Michaels (rm) (Entered: 12/17/1997) |
| 01/27/1998 | 39 | MOTION filed by USA as to Holly Michaels to dismiss count(s) 1 (vc) (Entered: 01/28/1998) |
| 02/26/1998 | 40 | Emergency EX PARTE APPLICATION filed by Barry Michaels re: temporary bond modification to permit travel; prop ord (vc) (Entered: 02/26/1998) |
| | | |

| | | |
|---|---|---|
| 02/27/1998 | 41 | ORDER filed by Judge William D. Keller as to Barry Michaels : granting ex parte application motion temporary bond modification [40-1] modifying the cond so to permit Mr. Michaels to trvl between Las Vegas and New York between 3/6 and 3/11/98. he cndcounsel) (vc) (Entered: 03/02/1998) |
| 04/16/1998 | 42 | NOTICE of Under seal filing filed by USA as to Barry Michaels (vc) (Entered: 04/16/1998) |
| 04/16/1998 | 45 | NOTICE of filing Under seal pos of parties w/rspt to sent factors filed by Barry Michaels (vc) (Entered: 04/16/1998) |
| 05/01/1998 | 47 | NOTICE of U/S filing filed by Barry Michaels (vc) (Entered: 05/04/1998) |
| 05/05/1998 | 48 | NOTICE of filing US filed by USA as to Barry Michaels (vc) (Entered: 05/05/1998) |
| 05/06/1998 | 50 | LIST OF EXHIBITS AND WITNESSES as to Barry Michaels (vc) (Entered: 05/13/1998) |
| 05/06/1998 | 51 | MINUTES OF SENTENCING held before Judge William D. Keller as to Barry Michaels (1) count(s) 19s. Dft is hereby comm to the cust of the BOP for a term of 21 months on each of cnt 19 of the first ss indict. (CR 97-799(A) WDK and the single count info (CR97-1185 WDK) to be served conc. Three yrs supv rel on cnt 19 of the first ss indict and one (1) yr on the single cnt info. to be served conc, Comply with the r & r of the US Prb offce and GO 318: All fines are wv. S/A amt of $100. dismissing count(s) as to Barry Michaels (1) count(s) 1s-15s, 1-12 , 16s -18s , 20s -26s . The court gr the govt's motion to dismiss all rem cts against Barry Michaels w/o prej. , Surr to BOP on or before 12 noon, 7/20/98. The bond is ord exon upon surr. C/R: Lee (vc) (Entered: 05/19/1998) |
| 05/11/1998 | [52](#) | JUDGMENT AND COMMITMENT issued to U.S. Marshal for Barry Michaels Approved by Judge William D. Keller . Entered on: 5/19/98. (vc) Modified on 09/20/2002 (Entered: 05/19/1998) |
| 05/11/1998 | 53 | NOTICE OF APPEAL to USCA filed by Barry Michaels as to Barry Michaels from sen minutes [51-3] , filed on: 5/6/98 and entered on: 5/19/98. Fee status: wv., frms gvn, TDO (cc: all counsel) (vc) (Entered: 05/19/1998) |
| 05/22/1998 | 54 | ORDER FOR TIME SCHEDULE filed as to Barry Michaels for [53-1] . Transcript designation due: 6/9/98; C/R transcripts due: 7/9/98; Appellant's briefs & excerpts due: 8/18/98; Appellee's reply brief due: 9/17/98; Appellant's reply brief due by: 10/1/98. (cc: all counsel) (vc) (Entered: 05/22/1998) |
| 05/27/1998 | 55 | NOTIFICATION by United States Court of Appeals as to Barry Michaels , designating USCA Appeal No. 98-50296 assigned to appeal [53-1] . (mc) (Entered: 05/27/1998) |
| 06/03/1998 | 56 | TRANSCRIPT DESIGNATION filed by Barry Michaels as to Barry Michaels for transcript of 12/15/97, 5/6/98, referencing appeal [53-1]. (vc) (Entered: 06/05/1998) |
| 06/17/1998 | 57 | STIPULATION AND ORDER filed by Judge William D. Keller as to Barry Michaels: modifying conditions of release as to Barry Michaels to permit trvl. It is so ord that bnd for Mr. Michaels in this case may be temp mod only in |

| | | |
|---|---|---|
| | | following particular. Mr. Michaels will be perm to trvl from Las Vegas, NV to the area of New York City and New Jersey between 6/27/98 and 7/7/98. All other conds of bnd shl remain in full force and effect. (mc) (Entered: 06/18/1998) |
| 07/27/1998 | 58 | RECEIPT for Transcripts of proceedings held on: 12/15/97 Under Seal (vc) (Entered: 07/27/1998) |
| 07/27/1998 | 60 | RECEIPT for Transcripts of proceedings held on: 5/6/98 (vc) (Entered: 07/27/1998) |
| 07/27/1998 | 61 | TRANSCRIPT filed for proceedings held on 5/6/98 as to Barry Michaels . (vc) (Entered: 07/27/1998) |
| 08/04/1998 | 63 | ORDER from USCA; The transcripts were due 7/9/98. Appellant has informed the court that as of 7/24/98, the transcripts for the 12/15/97 and 5/6/98 hrg have not been filed by David lee. The district court docket notes proceed on those dates and confirms applt's represen re the reporter's default. Court reporter Lee shll file the transc, file a motion for an ext of time to do so, or inform the cpurt in writing of any barriers to transc production. (vc) (Entered: 08/13/1998) |
| 08/10/1998 | 62 | TELEPHONE VERIFICATION OF SURRENDER as to Barry Michaels . As of 7/20/98 the defendant is in custody at: Nellis FCI. BOP Official: Jeffrey P. Maston Exonerated bond as to Barry Michaels (vc) (Entered: 08/10/1998) |
| 12/15/1998 | 64 | NOTICE OF FILING UNDER SEAL by Barry Michaels (xemp) (Entered: 12/16/1998) |
| 12/30/1998 | 66 | PARTIES'S STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR BAIL PENDING APPEAL AND ORDER fld by Judge William D Keller as to Barry Michaels: Hrg cont from 1/4/99 to 1/22/99 @ 8am . (xemp) (Entered: 12/31/1998) |
| 12/30/1998 | | PLACED IN FILE - NOT USED: PARTIES'S STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR BAIL PENDING APPEAL AND ORDER by USA as to Barry Michaels and Holly Michaels (xemp) (Entered: 12/31/1998) |
| 01/21/1999 | 68 | NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR BAIL PENDING APPEAL fld by Barry Michaels. (xemp) (Entered: 01/22/1999) |
| 02/08/1999 | | RECORD ON APPEAL FORWARDED TO USCA 1 volumes original clerks file, 1 volumes C/R transcripts, exhibits: 1 envelopes undersea reporter transcript. (app) (Entered: 02/08/1999) |
| 04/08/1999 | 69 | MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY 28 U.S.C. 2255 fld by Barry Michaels to vacate, set aside, or correct sentence by person in fed cust 28:2255 [CV 99-3790-WDK] . (xemp) (Entered: 04/12/1999) |
| 04/12/1999 | 70 | MINUTES OF (IN CHAMBERS) RE DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE AND PETITIONER'S MOTION FOR RELEASE PENDING MOTION TO VACATE CONVICTION AND SENTENCE by Judge William D Keller as to Barry Michaels: On 4/8/99 |

| | | |
|---|---|---|
| | | crt fld a mot by dft to correct, set aside, etc. Govt shall file resp 6/8/99. Upon receipt of govt's resp this matter will be tkn u/s. On 4/8/99 crt fld mot by dft for release pend mot to vacate conviction. Govt shall file resp 4/26/99 [CV 99-3790-WDK] C/R: n/p (xemp) (Entered: 04/20/1999) |
| 04/28/1999 | 72 | GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR BAIL PENDING DETERMINATION OF HIS MOTION TO VACATE CONVICTION AND SENTENCE; EXHIBITS fld by USA as to Barry Michaels [CV 99-3790-WDK][69-1]. (xemp) (Entered: 05/04/1999) |
| 04/29/1999 | 71 | NOTICE OF DISCREPANCY AND ORDER by Judge William D Keller as to Barry Michaels & Holly Michaels. Document: GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR BAIL PENDING DETERMINATION OF HIS MOTION TO VACATE CONVICTION AND SENTENCE; EXHIBITS ord fld and processed . (xemp) (Entered: 05/04/1999) |
| 05/06/1999 | 74 | ORDER filed by Judge William D. Keller as to Barry Michaels: Re: Motion for Bail Pending Determination of Motion to Vacate Sentence MOTION DENIED (cc: all counsel) (dm) (Entered: 05/14/1999) |
| 05/07/1999 | 73 | REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR BAIL PENDING DETERMINATION OF HIS MOTION TO VACATE CONVICTION AND SENTENCE by Barry Michaels [CV 99-3790-WDK] [65-1]. (xemp) Modified on 05/10/1999 (Entered: 05/10/1999) |
| 05/17/1999 | 75 | NOTICE OF APPEAL to USCA filed by Barry Michaels from order [74-1],filed on: 5/6/99 and entered on: 5/14/99. COA Pending (cc: Barry Michaels;Julie Werner-Simon,AUSA) (app) (Entered: 06/01/1999) |
| 06/04/1999 | 76 | GOVERNMENT'S EX PARTE REQUEST FOR ADDITIONAL TIME TO RESPOND DEFENDANT'S MOTION TO VACATE CONVICTION AND SENTENCE; EXHIBITS, AND ORDER fld by Judge William D Keller as to Barry Michaels: Govt granted addtl 10 days from 6/8/99 to 6/18/99 to file response to dft's 28:2255 mot [CV99-3790-WDK] . (xemp) (Entered: 06/07/1999) |
| 06/17/1999 | 77 | GOVERNMENT'S EX PARTE MOTION FOR A FINDING THAT DEFENDANT HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE BY PLACING HIS REPRESENTATION AT ISSUE IN HIS 18 U.S.C. 2255 MOTION AND REQUEST FOR AN ORDER THAT DEFENDANT'S COUNSEL PREPARE A DECLARATION ADDRESSING THOSE AREAS OF REPRESENTATION WHERE THE PREVILEGE HAS BEEN WAIVED AND ORDER fld by Judge William D Keller as to Barry Michaels: Crt finds: dft has wvd atty client prvilege; govt provide copy of ord to Victor Kenton; Kenton file decl w/ respect to issues nlt 7/7/99 [CV 99-3790-WDK] . (xemp) (Entered: 06/21/1999) |
| 06/18/1999 | 78 | GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO VACATE CONVICTION AND SENTENCE fld by USA as to Barry Michaels [CV 99-3790-WDK] [69-1]. (xemp) (Entered: 06/22/1999) |
| 06/30/1999 | 79 | |

| | | |
|---|---|---|
| | | REPLY by Barry Michaels as to Barry Michaels to [78-1] defendant's 2255 motion to vacate conviction and sentence, declaration of defendant Barry Michaels . (vc) (Entered: 07/02/1999) |
| 07/01/1999 | 80 | ORDER filed by Judge William D. Keller as to Holly Michaels : Mr. Kenton has been ord to file his decl on or before 7/7/99. Thereafter, the parties are to file their supplemental briefs w/ 20 days and the matter will then be taken under submission by this court. (cc: all counsel) (vc) (Entered: 07/06/1999) |
| 07/06/1999 | 82 | GOVT"S EX PARTE MOTION FOR ADDITIONAL TIME for dft's counsel to consult w/his client about the submission of a declaration w/respt to dft's 28:2255 motion; declaration of govt's counsel AND ORDER filed by Judge William D. Keller as to Barry Michaels (vc) (Entered: 07/09/1999) |
| 07/07/1999 | 81 | Govt's refiling of the EX PARTE MOTION for additional time fo dft's cnsl to consult w/his client about submission of a declaration w/respt to dft's 28:2255 omitted declaration of govt's counsel; order filed by Judge William D. Keller as to Barry Michaels een (vc) (Entered: 07/09/1999) |
| 08/09/1999 | 83 | SUBMISSION OF DEFENDANT'S COUNSEL'S DECLARATION WITH RESPECT TO DEFENDANT'S 28 U.S.C. 2255 MOTION PURSUANT TO COURT'S PRIOR ORDER [CV99-3790-WDK] fld by USA as to Barry Michaels. (xemp) (Entered: 08/12/1999) |
| 08/09/1999 | | LODGED CERTIFIED COPY of jgm from USCA as to Barry Michaels referencing appeal [53-1] . Directing that jgm of dist crt is affrm. ( USCA NO.: 98-50296) (wdc) (app) (Entered: 08/12/1999) |
| 08/11/1999 | 88 | FINDINGS AND ORDER RE COURT'S DENIAL OF DEFENDANT'S MOTION TO VACATE CONVICTION AND SENTENCE UPON RECEIPT AND REVIEW OF DEFENDANT'S COUNSEL'S DECLARATION [CV99-3790-WDK] fld by Judge William D Keller as to Barry Michaels (cc: all counsel) (xemp) Modified on 08/18/1999 (Entered: 08/18/1999) |
| 08/12/1999 | 84 | MINUTES OF FILING AND SPREADING ORDER held bef Judge William D Keller as to Barry Michaels: Crt ord mandate of USCA; ord denying req for certificate of appealability [75-1] h/b fld & spread upon mins of Crt. [CV99-3790-WDK] Entered on: 8/16/99 C/R: n/a (xemp) (Entered: 08/16/1999) |
| 08/12/1999 | 85 | CERTIFIED COPY OF ORDER from USCA as to Barry Michaels. Request for certficate of appealability is denied [75-1] [CV99-3790-WDK] (cc: all counsel). Entered on: 8/16/99 (xemp) Modified on 08/16/1999 (Entered: 08/16/1999) |
| 08/12/1999 | 86 | MINUTES OF FILING AND SPREADING ORDER by Judge William D Keller as to Barry Michaels: Crt ord mandate of USCA ord granting mot to proceed in forma pauperis & denying mot for release & denying ptn for writ of mandamus [75-1] h/b fld & spread upon mins of Crt [CV99-3790-WDK]. Entered on: 8/17/99 C/R: n/a (xemp) (Entered: 08/17/1999) |
| 08/12/1999 | 87 | CERTIFIED COPY OF ORDER from USCA as to Barry Michaels. Ptnr's mots to proceed in forma pauperis is granted, for release pend determination of 28:2255 mot is denied, & ptn for writ of mandamus is denied [CV 99-3790-WDK]. (cc: all counsel). Entered on: 8/17/99 (xemp) (Entered: 08/17/1999) |

| | | |
|---|---|---|
| 08/17/1999 | 89 | MINUTES OF FILING AND SPREADING JUDGMENT by Judge William D Keller as to Barry Michaels: Crt ord mandate of USCA affirming appeal [53-1] h/b fld & spread upon mins of Crt. Entered on: 8/24/99 C/R: n/a (xemp) (Entered: 08/24/1999) |
| 08/17/1999 | 90 | CERTIFIED COPY OF JUDGMENT from USCA as to Barry Michaels affirming decision of District Court on appeal [53-1] (cc: all counsel). Entered on: 8/24/99 (xemp) (Entered: 08/24/1999) |
| 11/02/1999 | 91 | DEFENDANT'S MAILING ADDRESS: 350 EAST 1ST STREET, LAS VEGAS, NV, 89036; by Barry Michaels [CV99-3790-WDK]. (xemp) (Entered: 11/03/1999) |
| 01/04/2000 | 92 | ORDER RE COURT'S DENIAL OF DEFENDANT'S MOTION TO VACATE CONVICTION AND SENTENCE UPON RECEIPT AND REVIEW OF DEFENDANT'S COUNSEL'S DECLARATION fld by Judge William D Keller as to Barry Michaels [CV99-3790-WDK] (cc: all counsel) (xemp) (Entered: 01/06/2000) |
| 02/02/2000 | 93 | NOTICE OF APPEAL to USCA filed by Barry Michaels as to Barry Michaels from order [92-1],filed on: 1/4/00 and entered on: 1/6/00. (cc: Barry Michaels;AUSA) COA Pending (ghap) (app) Modified on 02/05/2000 (Entered: 02/05/2000) |
| 04/19/2000 | 94 | RECORD on Appeal returned from 9th CCA 1 volumes original clerks file, 2 (1 sld transc) volumes C/R transcripts (pjap) (app) (Entered: 05/19/2000) |
| 08/23/2000 | 95 | PROBATION FORM 12 filed as to Barry Michaels Approved by Judge William D. Keller. Praying That The Court Will Order Barry Michaels, as a spec cond of supv, 1) subm to the search of you rperson, prop, or auto under your control by Prbtn offcr, or any other auth person under th eim and personal supv of prbtn offcr w/out a search warr to ensure compliance w/all conds of rel; 2) subm mo record of Internet svc bills to prbtn offcr, and 3) provide access to any and all files stored on computers that you may hv access to. (es) (Entered: 08/24/2000) |
| 08/24/2000 | | ORIGINAL & ONE COPY OF PROB 22 FROM mailed to Dist of NV in progation transfer out as to Barry Michaels (es) (Entered: 08/24/2000) |
| 09/01/2000 | | RECORD ON APPEAL FORWARDED TO USCA 2 volumes original clerks file, 2 volumes C/R transcripts, exhibits: y, (Orig sealed doc #59 (transcript)) (00-55346) (weap) (app) (Entered: 09/01/2000) |
| 01/25/2001 | 96 | RECORD on Appeal returned from 9th CCA 2 volumes original clerks file, 2 volumes C/R transcripts, exhibits returned: n (weap) (app) (Entered: 01/30/2001) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/25/2016 08:39:41 | | | |
| **PACER Login:** | | **Client Code:** | |

| Description: | Docket Report | Search Criteria: | 2:97-cr-00799-WDK End date: 7/25/2016 |
|---|---|---|---|
| Billable Pages: | 7 | Cost: | |