MICHAEL E. ZAPIN, ESQ.
Admitted for this Case, *Pro Hac Vice*
Florida Bar No. 0037264
michaelezapin@gmail.com
20283 State Rd 7, Suite 400
Boca Raton, FL 33498
Tel. 561.843.5352

HERMAN A. SAITZ, ESQ.
Resident Nevada Counsel
Nevada Bar No. 389
2001 Redbird Drive
Las Vegas, NV 89134
Tel. 702.807.5757

*ATTORNEYS FOR PLAINTIFF*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Case No. 2:16-cv-00578-JAD-PAL

BARRY MICHAELS on behalf of himself
and all others similarly situated,

           Plaintiffs,

vs.

LORETTA LYNCH, as Attorney General of
THE UNITED STATES OF AMERICA and

THOMAS E. BRANDON, as DEPUTY DIRECTOR,
HEAD OF THE BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND EXPLOSIVES,

           Defendants
_____/

**CERTIFICATE OF SERVICE**

  **MICHAEL E. ZAPIN** hereby certifies the following information to be true under penalty of perjury:

1

1. I am over 18 years of age.

2. On **August 25, 2016** I served a true copy of plaintiff's 2nd consent/unopposed motion [**DE 24**] to extend time to respond to defendants' motion to dismiss via the Court's **CM/ECF** service, upon the following parties:

   Blaine T Welsh &nbsp &nbsp Blaine.Welsh@usdoj.gov, CaseView.ECF@usdoj.gov, eunice.jones@usdoj.gov, jenni.vosburgh@usdoj.gov, sue.knight@usdoj.gov

   Daniel Riess &nbsp &nbsp Daniel.Riess@usdoj.gov

   Herman Albert Saitz &nbsp &nbsp Hermansaitz@icloud.com, michaelezapin@gmail.com

   Michael E Zapin &nbsp &nbsp michaelezapin@gmail.com

DATED: August 25, 2016.

*/s/ Michael E. Zapin*

MICHAEL E. ZAPIN, ESQ.
Admitted for this Case, Pro Hac Vice
Florida Bar No. 0037264
michaelezapin@gmail.com
20283 State Rd 7, Suite 400
Boca Raton, FL 33498
Tel. 561.843.5352

HERMAN A. SAITZ, ESQ.
Resident Nevada Counsel
Nevada Bar No. 389
2001 Redbird Drive
Las Vegas, NV 89134
Tel. 702.807.5757

**ATTORNEYS FOR PLAINTIFF**

2