John R. Tyler
Assistant Branch Director
Daniel Riess
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 353-3098
Facsimile:  (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARRY MICHAELS, | ) |
| Plaintiff, | ) Case No: 2:16-cv-00578-JAD-PAL |
| v. | ) |
| LORETTA E. LYNCH, Attorney General of the United States, in her official capacity; and THOMAS E. BRANDON, Deputy Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity, | ) **ORDER** |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Defendants hereby move for an extension of time up to and including November 16, 2016 in which to file their reply brief in support of their motion to dismiss.[1]  The current deadline is October 17, 2016.  Plaintiff's counsel has consented to the extension of time.  In support of this motion, Defendants state as follows:

---

[1] Plaintiff's response to the motion to dismiss incorporated a cross-motion to amend the complaint.  *See* ECF No. 35. For the sake of simplicity, Defendants plan to combine their reply brief supporting the motion to dismiss with a response to Plaintiff's cross-motion to amend.  The requested extension therefore also includes Defendants' response to the cross-motion to amend.

1        Defendants require additional time because of the press of business and scheduling conflicts,

2  including summary judgment briefing this month on an accelerated schedule.  This motion is not

3  sought merely for delay but in order that justice may be served.

4        Based on the foregoing, Defendants respectfully request that their unopposed motion for an

5  extension of time be granted.

6        Respectfully submitted this 14th day of October 2016.

7                                JOHN R. TYLER

                                Assistant Branch Director, Federal Programs

8                                Branch

9                                */s/  Daniel Riess*

                                DANIEL RIESS

10                               Trial Attorney

13                               IT IS SO ORDERED:

15                               UNITED STATES DISTRICT JUDGE

                               Dated:  October 17, 2016.